BK Attorney Services, LLC
PO Box 570
Kent, WA 98035

# CERTIFICATE OF SERVICE

DATE RECEIVED: Thu May 14 2009        TIME RECEIVED: 15:05:16        TOTAL SERVED: 2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:    Maria Clark v. AmeriCredit Financial Services,    CASE NO: 08-01794-brl
Inc

CERTIFICATE OF SERVICE

ATTORNEY NAME:     Jay S. Fleischman
ADDRESS            315 Flatbush Ave, #401
                   Brooklyn, NY 11217

The undersigned, does hereby certify the following to be true and correct.

On Thursday, May 14, 2009, a copy of the following documents, described below,

**Second Summons and Notice of Pre-Trial Conference, Adversary Cover Sheet, Complaint and all Exhibits Thereto**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

I, Jay Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: May 14, 2009

Jay Jump
www.certificateofservice.com
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service & Master Mailing List*

Daniel E. Berce
President and Chief Executive Officer
AmeriCredit Financial Services, Inc.
801 Cherry Street, Suite 3900
Fort Worth, TX 76102

Leigh A. Hoffman, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

*Certificate of Service & Master Mailing List*