UNITED STATES BANKRUPTCY COURTY
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| Maria Clark, | Case No. 04-12515 (BRL) |
| Debtor. | |
| Maria Clark, | |
| Plaintiff, | Adv. Pro. No. 08-01794 |
| -against- | |
| AmeriCredit Financial Services, Inc., | |
| Defendant. | |

## **AFFIRMATION OF SERVICE**

Scott T. Dillon, an attorney duly admitted to practice before the courts of New York State and this Court, affirms the following under the penalties and perjury: I am not a party to the action and am over 18 years of age. On June 4, 2009, I served the Defendant's Answer to Complaint on:

> Jay S. Fleischman, Esq.
> Attorneys for Plaintiff
> 315 Flatbush Ave, #401
> Brooklyn, NY 11217
> Tel: 646-722-8649

by deposing a true copy thereof by first class mail enclosed in a prep-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

Dated: Albany, New York
      June 4, 2009

                                          /s/ Scott T. Dillon
                                          Scott T. Dillon