# DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
    Leigh A. Hoffman
°◊~ Linda S. Fossi
*#  Douglas J. Rose
°◊~ Brian E. Caine
    Scott T. Dillon
Δ   Pilar A. Cano
∂   Alexander Powhida

*Of Counsel:*
John D. Rodgers

August 20, 2009

<u>VIA E-FILING</u>

Hon. Burton R. Lifland
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    Re:   Clark v. Americredit Financial
            Adv. Pro. No. 08-01794 (BRL)
            Our File No. B-ACFS.08.05184

Dear Judge Lifland:

      As per the instructions of your Chambers, I write to confirm that on request of both parties, the pre-trial conference scheduled for August 25, 2009, has been adjourned to September 17, 2009 at 10:00 a.m.

      The parties have settled the issues and will be filing a Release and Settlement Agreement in the immediate future to close this action.

                                  Very truly yours,

                                DEILY, MOONEY & GLASTETTER, LLP

                                      Scott T. Dillon

STD/tav
Cc:    Jay S. Fleischman, Esq.